# EXHIBIT A

**Akorn Operating Company LLC**
**Bankruptcy Case #: 23-10255-KBO**
**Peyton's**
coy

| Customer No. | Doc. Number | Inv. Date | Due Date | Original Amount | Open Amount |
|---|---|---|---|---|---|
| 15273 | 3495662 | 11/7/2019 | 11/7/2019 | $ (15.46) | $ (15.46) |
| 15273 | 3505766 | 11/22/2019 | 11/22/2019 | $ (427.09) | $ (427.09) |
| 15273 | 3562757 | 2/18/2020 | 2/18/2020 | $ (29.40) | $ (29.40) |
| 15273 | 3570365 | 2/27/2020 | 2/27/2020 | $ (31.68) | $ (31.68) |
| 15273 | 3580253 | 3/10/2020 | 3/10/2020 | $ (77.64) | $ (77.64) |
| 15273 | 3585823 | 3/17/2020 | 3/17/2020 | $ (7.91) | $ (7.91) |
| 15273 | 3586125 | 3/17/2020 | 3/17/2020 | $ (77.64) | $ (77.64) |
| 15273 | 3591554 | 3/24/2020 | 3/24/2020 | $ (409.20) | $ (409.20) |
| 15273 | 3615345 | 4/27/2020 | 4/27/2020 | $ (255.40) | $ (255.40) |
| 15273 | 21000239 | 8/18/2020 | 8/18/2020 | $ 32,850.44 | $ 22,619.91 |
| 15273 | 21000201 | 11/2/2020 | 11/2/2020 | $ 11,110.05 | $ 6,080.16 |
| 15273 | 21000206 | 11/2/2020 | 11/2/2020 | $ 4,663.75 | $ 2,074.25 |
| 15273 | 21000211 | 11/9/2020 | 11/9/2020 | $ 10,704.36 | $ 3,356.54 |
| 15273 | 21000218 | 11/23/2020 | 11/23/2020 | $ 14,491.27 | $ 11,148.57 |
| 15273 | 21000220 | 11/23/2020 | 11/23/2020 | $ 3,173.08 | $ 1,638.13 |
| 15273 | 21000224 | 11/30/2020 | 11/30/2020 | $ 6,259.15 | $ 2,287.06 |
| 15273 | 23394 | 12/28/2020 | 12/28/2020 | $ (9,647.04) | $ (9,647.04) |
| 15273 | 21000276 | 1/11/2021 | 1/11/2021 | $ 5,221.96 | $ 3,621.24 |
| 15273 | 21000311 | 1/25/2021 | 1/25/2021 | $ 8,592.81 | $ 2,851.48 |
| 15273 | 3788788 | 1/29/2021 | 1/29/2021 | $ (132.85) | $ (132.85) |
| 15273 | 3796026 | 2/9/2021 | 2/9/2021 | $ (98.88) | $ (98.88) |
| 15273 | 21000409 | 3/8/2021 | 3/8/2021 | $ 11,056.47 | $ 3,527.76 |
| 15273 | 3824278 | 3/23/2021 | 3/23/2021 | $ (196.60) | $ (196.60) |
| 15273 | 21000298 | 3/29/2021 | 3/29/2021 | $ 10,747.11 | $ 3,060.63 |
| 15273 | 21000584 | 6/4/2021 | 6/4/2021 | $ 9,766.51 | $ 1,813.85 |
| 15273 | 21000585 | 6/4/2021 | 6/4/2021 | $ 3,322.21 | $ 857.24 |
| 15273 | 3874958 | 6/8/2021 | 6/8/2021 | $ (5.91) | $ (5.91) |
| 15273 | 3879597 | 6/15/2021 | 6/15/2021 | $ (5.07) | $ (5.07) |
| 15273 | 21000635 | 6/22/2021 | 6/22/2021 | $ 12,601.94 | $ 3,378.30 |
| 15273 | 21000947 | 7/22/2021 | 7/22/2021 | $ 17,428.63 | $ 3,645.67 |
| 15273 | 3917894 | 8/9/2021 | 8/9/2021 | $ (5.07) | $ (5.07) |
| 15273 | 21003449 | 8/16/2021 | 8/16/2021 | $ 14,513.15 | $ 1,052.68 |
| 15273 | 3940965 | 9/13/2021 | 9/13/2021 | $ (122.00) | $ (122.00) |
| 15273 | 21008951 | 9/21/2021 | 9/21/2021 | $ 22,051.79 | $ 550.92 |
| 15273 | 3955478 | 10/1/2021 | 10/1/2021 | $ (5.91) | $ (5.91) |
| 15273 | 21011504 | 10/5/2021 | 10/5/2021 | $ 11,420.82 | $ 1,084.46 |
| 15273 | 3965059 | 10/13/2021 | 10/13/2021 | $ (101.85) | $ (101.85) |
| 15273 | 3986479 | 11/11/2021 | 11/11/2021 | $ (5.38) | $ (5.38) |
| 15273 | 21023633 | 12/7/2021 | 12/7/2021 | $ 9,449.42 | $ 1,800.11 |
| 15273 | 4002582 | 12/9/2021 | 12/9/2021 | $ (5.38) | $ (5.38) |
| 15273 | 4009775 | 12/20/2021 | 12/20/2021 | $ (19,607.04) | $ (1,532.28) |
| 15273 | 22000030 | 1/4/2022 | 1/4/2022 | $ 8,086.85 | $ 2,057.69 |
| 15273 | 4022383 | 1/12/2022 | 1/12/2022 | $ (5.38) | $ (5.38) |
| 15273 | 4026191 | 1/19/2022 | 1/19/2022 | $ (205.65) | $ (205.65) |
| 15273 | 22002651 | 1/27/2022 | 1/27/2022 | $ 8,767.53 | $ 3,162.04 |
| 15273 | 4060865 | 3/16/2022 | 3/16/2022 | $ (88.00) | $ (88.00) |

**Akorn Operating Company LLC**
**Bankruptcy Case #: 23-10255-KBO**
**Peyton's**
   coy

| Customer No. | Doc. Number | Inv. Date | Due Date | Original Amount | Open Amount |
|---|---|---|---|---|---|
| 15273 | 22012123 | 3/29/2022 | 3/29/2022 | $ 7,016.74 | $ 5,347.00 |
| 15273 | 4094234 | 5/9/2022 | 5/9/2022 | $ (6.11) | $ (6.11) |
| 15273 | 4096163 | 5/12/2022 | 7/12/2022 | $ 1,363.68 | $ 1,363.68 |
| 15273 | 22022993 | 5/24/2022 | 5/24/2022 | $ 18,305.81 | $ 13,296.29 |
| 15273 | 22024456 | 5/31/2022 | 5/31/2022 | $ 6,773.76 | $ 6,773.76 |
| 15273 | 22024829 | 6/7/2022 | 6/7/2022 | $ 4,064.26 | $ 4,064.26 |
| 15273 | 22027960 | 6/21/2022 | 6/21/2022 | $ 6,435.93 | $ 2,417.27 |
| 15273 | 4135573 | 7/15/2022 | 7/15/2022 | $ (7.13) | $ (7.13) |
| 15273 | 22038374 | 8/18/2022 | 8/18/2022 | $ 6,342.69 | $ 6,101.76 |
| 15273 | 22038375 | 8/18/2022 | 8/18/2022 | $ 1,711.83 | $ 1,711.83 |
| 15273 | 22038376 | 8/18/2022 | 8/18/2022 | $ 15,908.75 | $ 3,410.33 |
| 15273 | 4159731 | 8/26/2022 | 8/26/2022 | $ (7.13) | $ (7.13) |
| 15273 | 4171277 | 9/16/2022 | 9/16/2022 | $ (5.41) | $ (5.41) |
| 15273 | 4175016 | 9/21/2022 | 11/21/2022 | $ 3,554.88 | $ 3,554.88 |
| 15273 | 4175017 | 9/21/2022 | 11/21/2022 | $ 4,945.44 | $ 4,945.44 |
| 15273 | 4175020 | 9/21/2022 | 11/21/2022 | $ 1,442.88 | $ 1,442.88 |
| 15273 | 22062162 | 11/10/2022 | 11/10/2022 | $ 7,413.69 | $ 326.24 |
| 15273 | 22062163 | 11/10/2022 | 11/10/2022 | $ 8,689.07 | $ 8,689.07 |
| 15273 | 22062164 | 11/10/2022 | 11/10/2022 | $ 328.95 | $ 312.72 |
| 15273 | 22066087 | 11/17/2022 | 11/17/2022 | $ 325.00 | $ 325.00 |
| 15273 | 22066088 | 11/17/2022 | 11/17/2022 | $ 325.00 | $ 325.00 |
| 15273 | 4210832 | 11/23/2022 | 1/23/2023 | $ 4,224.00 | $ 4,224.00 |
| 15273 | 4210835 | 11/23/2022 | 1/23/2023 | $ 4,224.00 | $ 4,224.00 |
| 15273 | 4212645 | 11/29/2022 | 11/29/2022 | $ (14.96) | $ (14.96) |
| 15273 | 4217227 | 12/6/2022 | 12/6/2022 | $ (16,464.13) | $ (1,812.83) |
| 15273 | 22070377 | 12/8/2022 | 12/8/2022 | $ 290.61 | $ 290.61 |
| 15273 | 22072836 | 12/19/2022 | 12/19/2022 | $ (510.85) | $ (510.85) |
| 15273 | 4226396 | 12/20/2022 | 12/20/2022 | $ (0.60) | $ (0.60) |
| 15273 | 4231557 | 12/29/2022 | 12/29/2022 | $ (7.13) | $ (7.13) |
| 15273 | 4231765 | 12/30/2022 | 12/30/2022 | $ (104.65) | $ (104.65) |
| 15273 | 4232999 | 1/5/2023 | 1/5/2023 | $ (7.13) | $ (7.13) |
| 15273 | 4234989 | 1/9/2023 | 1/9/2023 | $ (180.10) | $ (180.10) |
| 15273 | 4235516 | 1/10/2023 | 1/10/2023 | $ (58.75) | $ (58.75) |
| 15273 | 4250090 | 1/20/2023 | 1/20/2023 | $ (180.10) | $ (180.10) |
| 15273 | 4250471 | 1/20/2023 | 1/20/2023 | $ (7.13) | $ (7.13) |
| 15273 | 4250810 | 1/20/2023 | 1/20/2023 | $ (184.21) | $ (184.21) |
| 15273 | 4257091 | 1/25/2023 | 1/25/2023 | $ (5,202.63) | $ (1,449.77) |
| 15273 | 4261400 | 2/1/2023 | 4/3/2023 | $ 5,666.88 | $ 5,666.88 |
| 15273 | 4261401 | 2/1/2023 | 4/3/2023 | $ 6,336.00 | $ 6,336.00 |
| 15273 | 4261403 | 2/1/2023 | 4/3/2023 | $ 9,169.44 | $ 9,169.44 |
| 15273 | 4262116 | 2/1/2023 | 2/1/2023 | $ (180.10) | $ (180.10) |
| 15273 | 4262464 | 2/1/2023 | 2/1/2023 | $ (3,235.95) | $ (3,235.95) |
| 15273 | 4266663 | 2/8/2023 | 4/10/2023 | $ 1,442.88 | $ 1,442.88 |
| 15273 | 4266664 | 2/8/2023 | 4/10/2023 | $ 12,672.00 | $ 12,672.00 |
| 15273 | 4271209 | 2/15/2023 | 4/17/2023 | $ 9,169.44 | $ 9,169.44 |
| 15273 | 4271210 | 2/15/2023 | 4/17/2023 | $ 721.44 | $ 721.44 |

**Akorn Operating Company LLC**
**Bankruptcy Case #: 23-10255-KBO**
**Peyton's**
    coy

| Customer No. | Doc. Number | Inv. Date | Due Date | Original Amount | Open Amount |
|---|---|---|---|---|---|
| 15273 | 4271275 | 2/15/2023 | 2/15/2023 | $ (2.94) | $ (2.94) |
| 15273 | 4271790 | 2/15/2023 | 2/15/2023 | $ (106.59) | $ (106.59) |
| | | | Totals: | $ 327,101.19 | $ 178,428.55 |